1  **WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Jorge Sanchez Lopez, | ) No. CV10-0152-PHX-DGC (MEA) |
|---|---|
| Petitioner, | ) **ORDER** |
| v. | ) |
| Katrina Kane, Janet Napolitano, Eric S. Holder, James Kimble, | ) |
| Respondents. | ) |

Petitioner Jorge Sanchez Lopez has filed a petition for writ of habeas corpus pursuant to 42 U.S.C. § 2241. Dkt. #1. United States Magistrate Judge Mark E. Aspey has issued a report and recommendation ("R&R") recommending that the petition be dismissed with prejudice as moot. Dkt. #12. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Dkt. #12) is **accepted**.

2. The petition for writ of habeas corpus (Dkt. #1) is **dismissed with prejudice as moot**.

3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

4. The Clerk is directed to **terminate** this action.

DATED this 17th day of June, 2010.

_David G. Campbell_
David G. Campbell
United States District Judge